JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Edmonds, | Case No.: 2:20-cv-00890-PA-JC |
| Plaintiff, | *Hon. Percy Anderson* |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| EM & D, LLC, a California Limited Liability Company; and Does 1-10, | |
| Defendants. | Action Filed:  January 28, 2020<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Sandra Edmonds' ("Plaintiff") action against Defendant EM & D, LLC ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

IT IS SO ORDERED

Dated ___August 26, 2020___

_____
United States District Judge

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE